# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**BETTY O. MUKA**

                V.                CASE No.: 5:08-CV-439(NPM/GHL)

**JAMES P. MURPHY and**
**JAMES A. MEGGESTO**

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this entire action pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn filed on September 3, 2008.

DATED:    September 3, 2008

                                                  Clerk of Court

LKB:lmp